FILED & ENTERED
OCT 05 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

HOVHANNES NAZARYAN

Debtor.

HOHANNES NAZARYAN,

Plaintiff(s),

vs.

MEHRAN JAVAHERIAN;
BENJAMIN JAVAHERIAN,

Defendant(s).

Case No.: 1:25-bk-10617-MB

Chapter 7

Adv. Proc. No. 1:26-bk-01061-MB

**NOTICE OF STATUS CONFERENCE AND ORDER TO SHOW CAUSE RE: REMAND IN A REMOVED PROCEEDING**

Status Conference
Date: 12/9/2026
Time: 1:30 pm
Place: Courtroom 303
21041 Burbank Blvd
Woodland Hills, CA 91367

Parties in interest may appear in person or remotely using ZoomGov video and audio:

URL:
**https://cacb.zoomgov.com/j/1657437556**
Meeting ID: 165 743 7556
Password: 246520
Telephone Numbers: **1 (669) 254 5252**
**or 1 (646) 828 7666**
**or 1 (833) 568-8864**
**or 1 (551) 285-1373**

**Status Conference:** A Notice of Removal was filed with this Court on 10/1/2026. Pursuant to Local Bankruptcy Rule 9027-1(b), notice is hereby given that a status conference will be held on the date and time shown above in Courtroom 303 of the United States Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Boulevard, Woodland Hills, California, 91367 via ZoomGov. Counsel for the parties to this removed proceeding are ordered to appear via ZoomGov to discuss the status of the case and to show cause why the Court should not abstain and remand the case pursuant to 28 U.S.C. §§ 1334(c) and 1452(b).

**Service:** The party who removed this proceeding must serve this *Notice of Status Conference and Order to Show Cause Re: Remand in a Removed Proceeding* on all other parties to the removed proceeding, on any trustee appointed in the bankruptcy case, and on the United States Trustee. Service must be completed, and a declaration of such service filed, no later than **seven calendar days** after the entry of this *Notice of Status Conference and Order to Show Cause Re: Remand in a Removed Proceeding.*

**Remand:** Any party that wants the Court to remand the case shall file its memorandum of points and authorities not later than **30 days** after the date of filing of the Notice of Removal and shall serve such papers in accordance with Local Bankruptcy Rule 9013-1(d). Any party opposing remand shall file and serve its memorandum of points and authorities not later than **seven days** after the filing of a memorandum in support of remand. Failure to timely file and serve a memorandum of points and authorities may be deemed to be consent to the grant or denial of this Order to Show Cause.

**F.R.B.P. 9027(e)(3) Statement:** Within **14 days** after service of the Notice of Removal (plus an additional three days if you were served by mail, electronically or pursuant to Fed. R. Civ. P. 5(b)(2)(D), (E) or (F)), all parties (other than the party who filed the Notice of Removal) shall file and serve the statement required by Federal Rule of Bankruptcy Procedure 9027(e)(3).

**Preserving the Right to a Jury Trial:** Within **14 days** after service of the Notice of Removal (plus an additional three days if you were served by mail, electronically or pursuant

to Fed. R. Civ. P. 5(b)(2)(D), (E) or (F)), all parties (including the party who filed the Notice of Removal) must comply with Local Bankruptcy Rule 9015-2.

**Joint Status Report:** Pursuant to Local Bankruptcy Rule 7016-1(a)(2), no later than **14 days** prior to the Status Conference, all parties to this removed proceeding must participate in filing a joint status report ("JSR"). The JSR must be prepared according to the Status Conference Procedures for the Honorable Martin R. Barash located on the Court's website at www.cacb.uscourts.gov.

###

10/05/2026